# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HALO DEVELOPMENT, LLC,**
Appellant,

v.

**DAVENDER KANT,** as Trustee of the **DAVENDER KANT LIVING REVOCABLE TRUST,**
Appellee.

No. 4D2024-3102

[March 26, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502020CA000323.

Jonathan R. O'Boyle, The O'Boyle Law Firm, Deerfield Beach, for appellant.

Amy M. Wessel Jones, Shutts & Bowen LLP, Fort Lauderdale, and Matthew R. Chait and Devon A. Woolard, Shutts & Bowen LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***